YOH, ADMR., APPELLANT, *v.* SCHLACHTER ET AL., APPELLEES.

[Cite as *Yoh v. Schlachter* (2001), 92 Ohio St.3d 234.]

(No. 00–824—Submitted June 20, 2001—Decided July 11, 2001.)

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Holeton v. Crouse Cartage Co.* (2001), 92 Ohio St.3d 115, 748 N.E.2d 1111.

MOYER, C.J., DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

LUNDBERG STRATTON, J., dissents.

RESNICK, J., not participating.

---

LUNDBERG STRATTON, J., dissenting. I respectfully dissent for the reasons set forth in the dissenting opinions of Chief Justice Moyer and Justice Cook in *Holeton v. Crouse Cartage Co.* (2001), 92 Ohio St.3d 115, 135–142, 748 N.E.2d 1111, 1128–1135.

---

*Shumaker, Loop & Kendrick, L.L.P.,* and *Jack G. Fynes,* for appellant.

*Millisor & Nobil Co., L.P.A., Michael J. Reidy* and *Jill C. Boland,* for appellee.